IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KEITH BENSON, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:12-cv-1161 |
| ) | |
| VSIM Patent Co LLC, et al. ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter comes before the Court Plaintiffs' Motion for a Temporary Restraining Order; Order Compelling Defendants to Provide Expedited Discovery and a Preliminary Injunction. For the reasons stated from the bench it is hereby,

ORDERED that the Motion for a Temporary Restraining Order is DENIED, and this case is continued until February 8th for a preliminary injunction hearing; and it is

FURTHER ORDERED that Plaintiffs' Motion for Limited Expedited Discovery is GRANTED, and Defendants are to produce all documents in their possession, custody or control within each of the four categories of documents set forth in Plaintiffs' Limited Expedited Requests for Production of Documents.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
January 23, 2013